993 F.2d 1485w
 Herman Henry MILLS, Jr., a minor by Althea MILLS, his mother
and next friend, et al., Plaintiff-Appellant,
United States of America, Plaintiff-Intervenor,
v.
POLK COUNTY BOARD OF PUBLIC INSTRUCTION; Shelley Boone,
Superintendent of Public Schools; P.M. Fussell, Chairman,
Polk County Board of Public Instruction; Ralph Durrance,
Austin T. Race, Dora C. Phillips, and Fitzhugh Reed, as
Members of the Polk County Board of Public Instruction, Polk
County Education Association, Defendants-Appellees.
 No. 92-2832.
 United States Court of Appeals,
Eleventh Circuit.
 June 9, 1993.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION